| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF Edward Johnson | COURT CASE NUMBER 2:17-cv-90862-AC |
|---|---|
| DEFENDANT Derek Frack mng. Rite Aide Drug Store | TYPE OF PROCESS False statement / lying under oath  WAIVER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Store mng. 3203 Forbes Ave. Pgh PA 45213  413-665-1332
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Using false statements - false names
making false untrue deals with DA's
office

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The officers used Derek Fraight to testify all false statements

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 2 | District of Origin No. 68 | District to Serve No. 68 | Signature of Authorized USMS Deputy or Clerk SB | Date 03/29/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)        ☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)    Date APR 0 2 2018    Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee $8.00 | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges $8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $8.00 |
|---|---|---|---|---|---|

REMARKS: ORDER, COMPLAINT NOTICE AND WAIVER MAILED PER COURT ORDER ON APR 0 2 2018

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

ORDER, COMPLAINT
NOTICE AND WAIVER
MAILED PER
APR 0 2 2018
COURT ORDER

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Edward Johnson | COURT CASE NUMBER<br>2:17-cv-00862-RC |
|---|---|
| DEFENDANT<br>Walter Carlson Phi Police Dept - #24 Sq. Hill | TYPE OF PROCESS   WAIVER<br>Writing up or lying Warrant |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
5868 Northumberland St. Pgh. PA. 15217   412 422 6520
ADDRESS (Street or RFD. Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Using Rite Aides Derek Fright To
Testify To untrue False Statements

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

They put someone on the stand using a false name.
Judge very impartial. Walter Carlson did not Testify - He only wrote
The false information on the warrant

Signature of Attorney other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT    TELEPHONE NUMBER    DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: APR 0 2 2018   Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>$8.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges<br>$8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$8.00 |
|---|---|---|---|---|---|

REMARKS:   ORDER, COMPLAINT
NOTICE AND WAIVER
MAILED PER
COURT ORDER ON APR 0 2 2018

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

APR 0 2 2018

ORDER, COMPLAINT,
NOTICE AND WAIVER
MAILED   PER
COURT ORDER ON APR 0 2 2018